### ALEXANDER vs. MILLER.

A *replication* that the discharge of the defendant as an insolvent debtor was obtained by fraud, accompanied with notice of the facts which will be insisted upon at the trial is not a special pleading, requiring the signature of counsel.

THE defendant pleaded his discharge as an insolvent debtor, to which the plaintiff put in a general replication that the discharge was obtained by fraud, and accompanied the replication with a notice of the facts which he would insist upon in support thereof. The replication not being signed by *counsel*, the defendant's attorney disregarded it, and entered the plaintiff's default as for want of a replication, which was now moved to be set aside.

*By the Court*, NELSON, J. A replication with notice, as put in by the plaintiff, is conformable to the statute, 2 *R. S.* 355, § 26, and is not a special pleading, within the rule or the reason of it, requiring the signature of counsel. 2 *Caines*, 60. 8 *Johns. R.* 328. *Graham's Pr.* 210, *and cases there cited.* The motion is granted.